**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

In re: LIFE DIRECTIONS, LLC    §    Case No. 13-17185
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Gary A. Rosen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $84,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $749.68 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $3,703.41 | | |

　　　　3) Total gross receipts of $4,453.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,453.09 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $45,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,703.41 | $3,703.41 | $3,703.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $187,255.03 | $163,892.01 | $749.68 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $134,270.49 | $88,619.98 | $85,951.23 | $0.00 |
| **TOTAL DISBURSEMENTS** | $179,270.49 | $279,578.42 | $253,546.65 | $4,453.09 |

4) This case was originally filed under chapter 7 on 04/25/2013. The case was pending for 78 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/13/2019            By:  /s/ Gary A. Rosen
                                      Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Blue Ridge Bank checking | 1129-000 | $4,453.09 |
| **TOTAL GROSS RECEIPTS** | | **$4,453.09** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | null | 4110-000 | $0.00 | NA | NA | NA |
| N/F | null | 4110-000 | $45,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$45,000.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - GARY A. ROSEN | 2100-000 | NA | $1,113.27 | $1,113.27 | $1,113.27 |
| Trustee, Expenses - GARY A. ROSEN | 2200-000 | NA | $109.50 | $109.50 | $109.50 |
| Bond Payments - INSURANCE PARTNERS AGENCY, INC. | 2300-000 | NA | $4.13 | $4.13 | $4.13 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $190.00 | $190.00 | $190.00 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - INTERNAL REVENUE SERVICE | 2690-730 | NA | $286.51 | $286.51 | $286.51 |
| Accountant for Trustee Fees (Other Firm) - Larry Struass, ESQ CP& & Associates, Inc. | 3410-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,703.41** | **$3,703.41** | **$3,703.41** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Carol Van Doorn | 5300-000 | $0.00 | $800.00 | $56.89 | $56.89 |
| 5 | Heather Batista | 5300-000 | $0.00 | $630.00 | $44.79 | $44.79 |
| 6 | Michelle Owusu | 5300-000 | $0.00 | $3,281.78 | $233.33 | $233.33 |
| 7 | Maryland Department of Labor, Licensing, Regulation | 5800-000 | $0.00 | $2,938.72 | $2,938.72 | $0.00 |
| 8 | Mende Potkay | 5300-000 | $0.00 | $4,071.34 | $289.48 | $289.48 |
| 10 | Michelle Poye-Seal | 5300-000 | $0.00 | $1,760.76 | $125.19 | $125.19 |
| 11 | Internal Revenue Service | 5800-000 | $0.00 | $13,855.33 | $0.00 | $0.00 |
| 12 | Emily C. Kaufman | 5300-000 | $0.00 | $455.00 | $455.00 | $0.00 |
| 13P | DEPARTMENT OF THE TREASURY | 5800-000 | $0.00 | $159,462.10 | $159,462.10 | $0.00 |
|  | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | $15.03 | $0.00 |
|  | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | $64.25 | $0.00 |
|  | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | $207.23 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $187,255.03 | $163,892.01 | $749.68 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CENTRIC BUSINESS SYSTEMS | 7100-000 | $0.00 | $1,801.27 | $1,801.27 | $0.00 |
| 2 | Todd Kramer | 7100-000 | $0.00 | $11,638.31 | $11,638.31 | $0.00 |
| 3 | M & T BANK | 7100-000 | $0.00 | $64,709.91 | $64,709.91 | $0.00 |
| 9 | POWELL FLYNN, LLP | 7100-000 | $0.00 | $2,668.75 | $0.00 | $0.00 |
| 9 -2 | POWELL FLYNN, LLP | 7100-000 | $0.00 | $2,668.75 | $2,668.75 | $0.00 |
| 13U | DEPARTMENT OF THE TREASURY | 7200-000 | $0.00 | $5,132.99 | $5,132.99 | $0.00 |
| N/F | Ashley Diggins | 7100-000 | $20.00 | NA | NA | NA |
| N/F | Barbara Bogley | 7100-000 | $1,138.84 | NA | NA | NA |
| N/F | Bradford Wye | 7100-000 | $532.36 | NA | NA | NA |
| N/F | Carol  Van Doorn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carol Mettus | 7100-000 | $532.08 | NA | NA | NA |
| N/F | Ceridan US Worklife | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Hagerstown One Franklin Street | 7100-000 | $1,809.25 | NA | NA | NA |
| N/F | Crystal Griffin | 7100-000 | $10.00 | NA | NA | NA |
| N/F | Emily Kaufman | 7100-000 | $404.88 | NA | NA | NA |
| N/F | Estelle Dupree | 7100-000 | $2,012.23 | NA | NA | NA |
| N/F | Glenn Paige | 7100-000 | $60.00 | NA | NA | NA |
| N/F | Hans Curnette | 7100-000 | $803.54 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Heartland Systems | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Heather Batista | 7100-000 | $205.18 | NA | NA | NA |
| N/F | Highland Consulting | 7100-000 | $8,000.00 | NA | NA | NA |
| N/F | Leslee Bry | 7100-000 | $328.00 | NA | NA | NA |
| N/F | Linda Corr | 7100-000 | $459.86 | NA | NA | NA |
| N/F | Lumos One Lumos Plaza | 7100-000 | $0.00 | NA | NA | NA |
| N/F | M&T Bank (One MT Plaza, | 7100-000 | $65,000.00 | NA | NA | NA |
| N/F | Medical Arts Press | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mende Potkay | 7100-000 | $4,071.34 | NA | NA | NA |
| N/F | Mende Potkay | 7100-000 | $4,071.34 | NA | NA | NA |
| N/F | Michelle Owusu | 7100-000 | $3,281.78 | NA | NA | NA |
| N/F | Michelle Poye-Seal | 7100-000 | $1,760.75 | NA | NA | NA |
| N/F | Powell Flynn, LLP | 7100-000 | $2,668.75 | NA | NA | NA |
| N/F | Robert Pick X | 7100-000 | $18,000.00 | NA | NA | NA |
| N/F | Sara Girovasi | 7100-000 | $818.53 | NA | NA | NA |
| N/F | Shelly Owusu | 7100-000 | $3,281.78 | NA | NA | NA |
| N/F | Todd Kramer | 7100-000 | $15,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$134,270.49** | **$88,619.98** | **$85,951.23** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 13-17185 | Trustee Name: | (400440) Gary A. Rosen |
| Case Name: | LIFE DIRECTIONS, LLC | Date Filed (f) or Converted (c): | 04/25/2013 (f) |
|  |  | § 341(a) Meeting Date: | 06/24/2013 |
| For Period Ending: | 11/13/2019 | Claims Bar Date: | 04/29/2014 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America checking (overdrawn) | 0.00 | 0.00 |  | 0.00 | FA |
| 2 | Blue Ridge Bank checking<br>Imported from original petition Doc# 9 | 3,400.00 | 3,400.00 |  | 4,453.09 | FA |
| 3 | Accounts Receivable from patients (Estimate) | 35,000.00 | 35,000.00 |  | 0.00 | FA |
| 4 | Accounts Receivable (estimate from insurances) | 28,000.00 | 28,000.00 |  | 0.00 | FA |
| 5 | Accounts Receivable (estimate from workmen's com | 16,000.00 | 16,000.00 |  | 0.00 | FA |
| 6 | Couches, desks, office furniture, computers, fil | 5,000.00 | 5,000.00 |  | 0.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$87,400.00** | **$87,400.00** |  | **$4,453.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is collecting accounts receivable owed to the Debtor

12/31/2015 - The Trustee has administered all assets in this case and is preparing his final report

12/31/2016 - There are wage claims filed in this case and only a small amount of funds to distribute. The Trustee, after discussions with the U.S. Trustee's office, has been informed that he must hire an accountant and withhold taxes from these wage claims. Trustee will be hiring an accountant. preparing the wage claims, and filing a TFR.

12/31/2017 - The Trustee pay the wage claims in his TFR without social security nos. for the claimants. The Trustee is attempting to obtain the social security nos. from the claimants.

12/31/2018 - The Trustee is attempting to locate one remaining wage claimant to obtain her social security number and will re-file his TFR.

**Initial Projected Date Of Final Report (TFR):**   09/30/2014            **Current Projected Date Of Final Report (TFR):**   06/11/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

|  | Form 2 | Exhibit 9 |
|---|---|---|
|  | **Cash Receipts And Disbursements Record** | Page: 1 |

| Case No.: | 13-17185 | Trustee Name: | Gary A. Rosen (400440) |
|---|---|---|---|
| Case Name: | LIFE DIRECTIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1189 | Account #: | ******8366 Checking Account |
| For Period Ending: | 11/13/2019 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/11/14 | {2} | BLUE RIDGE BANK | Close Out Bank Account | 1129-000 | 4,453.09 |  | 4,453.09 |
| 02/28/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,443.09 |
| 03/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,433.09 |
| 04/21/14 | 101 | U.S. TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/21/2014 FOR CASE #13-17185 Voided on 04/21/2014 | 2300-004 |  | 4.13 | 4,428.96 |
| 04/21/14 | 101 | U.S. TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/21/2014 FOR CASE #13-17185 Voided: check issued on 04/21/2014 | 2300-004 |  | -4.13 | 4,433.09 |
| 04/21/14 | 102 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/21/2014 FOR CASE #13-17185, Bond Payment | 2300-000 |  | 4.13 | 4,428.96 |
| 04/30/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,418.96 |
| 05/30/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,408.96 |
| 06/30/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,398.96 |
| 07/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,388.96 |
| 08/29/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,378.96 |
| 09/30/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,368.96 |
| 10/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,358.96 |
| 11/28/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,348.96 |
| 12/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,338.96 |
| 01/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,328.96 |
| 02/27/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,318.96 |
| 03/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,308.96 |
| 04/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,298.96 |
| 05/29/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,288.96 |
| 06/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,278.96 |
| 07/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,268.96 |
| 08/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 4,258.96 |
| 05/01/19 |  | Transfer Debit to United Bank acct ********4927 | Transition Debit to United Bank acct 710000014927 | 9999-000 |  | 4,258.96 | 0.00 |

|  |  |  | Page Subtotals: | $4,453.09 | $4,453.09 |
|---|---|---|---|---|---|

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 13-17185 | Trustee Name: | Gary A. Rosen (400440) |
|---|---|---|---|
| Case Name: | LIFE DIRECTIONS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1189 | Account #: | ******8366 Checking Account |
| For Period Ending: | 11/13/2019 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 4,453.09 | 4,453.09 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 4,258.96 | |
| | | **Subtotal** | | | 4,453.09 | 194.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$4,453.09** | **$194.13** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 13-17185 | Trustee Name: | Gary A. Rosen (400440) |
|---|---|---|---|
| Case Name: | LIFE DIRECTIONS, LLC | Bank Name: | United Bank |
| Taxpayer ID #: | **-***1189 | Account #: | ********4927 Checking Account |
| For Period Ending: | 11/13/2019 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/01/19 | | Transfer Credit from Rabobank, N.A. acct ******8366 | Transition Credit from Rabobank, N.A. acct 5006888366 | 9999-000 | 4,258.96 | | 4,258.96 |
| 08/23/19 | 1000 | GARY A. ROSEN | Distribution payment - Dividend paid at 100.00% of $1,113.27; Claim # FEE; Filed: $1,113.27 | 2100-000 | | 1,113.27 | 3,145.69 |
| 08/23/19 | 1001 | GARY A. ROSEN | Distribution payment - Dividend paid at 100.00% of $109.50; Claim # TE; Filed: $109.50 | 2200-000 | | 109.50 | 3,036.19 |
| 08/23/19 | 1002 | Larry Struass, ESQ CP& & Associates, Inc. | Distribution payment - Dividend paid at 100.00% of $2,000.00; Claim # ; Filed: $2,000.00 | 3410-000 | | 2,000.00 | 1,036.19 |
| 08/23/19 | 1003 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $207.23; Claim # ; Filed: Voided on 08/23/2019 | 5300-004 | | 207.23 | 828.96 |
| 08/23/19 | 1003 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $207.23; Claim # ; Filed: Voided: check issued on 08/23/2019 | 5300-004 | | -207.23 | 1,036.19 |
| 08/23/19 | 1004 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $64.25; Claim # ; Filed: Voided on 08/23/2019 | 5300-004 | | 64.25 | 971.94 |
| 08/23/19 | 1004 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $64.25; Claim # ; Filed: Voided: check issued on 08/23/2019 | 5300-004 | | -64.25 | 1,036.19 |
| 08/23/19 | 1005 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $15.03; Claim # ; Filed: Voided on 08/23/2019 | 5300-004 | | 15.03 | 1,021.16 |
| 08/23/19 | 1005 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $15.03; Claim # ; Filed: Voided: check issued on 08/23/2019 | 5300-004 | | -15.03 | 1,036.19 |
| 08/23/19 | 1006 | Carol Van Doorn | Distribution payment - Dividend paid at 72.36% of $78.62; Claim # 4; Filed: $800.00 | 5300-000 | | 56.89 | 979.30 |
| 08/23/19 | 1007 | Heather Batista | Distribution payment - Dividend paid at 72.35% of $61.91; Claim # 5; Filed: $630.00 | 5300-000 | | 44.79 | 934.51 |
| 08/23/19 | 1008 | Michelle Owusu | Distribution payment - Dividend paid at 72.35% of $322.51; Claim # 6; Filed: $3,281.78 | 5300-000 | | 233.33 | 701.18 |
| 08/23/19 | 1009 | Mende Potkay | Distribution payment - Dividend paid at 72.35% of $400.11; Claim # 8; Filed: $4,071.34 | 5300-000 | | 289.48 | 411.70 |
| 08/23/19 | 1010 | Michelle Poye-Seal | Distribution payment - Dividend paid at 72.35% of $173.04; Claim # 10; Filed: $1,760.76 | 5300-000 | | 125.19 | 286.51 |
| 08/23/19 | 1011 | INTERNAL REVENUE SERVICE | To Pay IRS Payroll Tax | 2690-730 | | 286.51 | 0.00 |
| | | **COLUMN TOTALS** | | | 4,258.96 | 4,258.96 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 4,258.96 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 4,258.96 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $4,258.96 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared


Case 13-17185  Doc 32  Filed 11/19/19  Page 12 of 12

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 4

| | |
|---|---|
| **Case No.:** 13-17185 | **Trustee Name:** Gary A. Rosen (400440) |
| **Case Name:** LIFE DIRECTIONS, LLC | **Bank Name:** United Bank |
| **Taxpayer ID #:** **-***1189 | **Account #:** ********4927 Checking Account |
| **For Period Ending:** 11/13/2019 | **Blanket Bond (per case limit):** $3,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8366 Checking Account | $4,453.09 | $194.13 | $0.00 |
| ********4927 Checking Account | $0.00 | $4,258.96 | $0.00 |
| | **$4,453.09** | **$4,453.09** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**